Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
RODNEY DEAN JACKSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY DEAN JACKSON, <br><br>　　　　Plaintiff, <br><br>v. <br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security. <br><br>　　　　Defendant. | Case No.: 1:17-cv-00165-GSA <br><br> STIPULATION AND ORDER TO EXTEND TIME TO FILE OPENING BRIEF <br><br>(FIRST REQUEST) |

Plaintiff Rodney Dean Jackson and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from October 2, 2017 to November 2, 2017 for Plaintiff to file an Opening Brief, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the

-1-

issues presented. Counsel is working diligently on this matter and makes this request in good faith. Counsel was not able to make this request prior to this date due to other pressing issues. Counsel apologizes for not making this request prior to the date due and counsel will make every effort to make any extension request prior to the due date in the future.

DATE: October 5, 2017     Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Denise Bourgeois Haley*
Denise Bourgeois Haley
Attorney for plaintiff Mr. Rodney Dean Jackson

DATE: October 5. 2017

PHILLIP A.TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

BY: /s/ *Donna W. Anderson*
Donna W. Anderson
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

///
///
///
///
///
///
///

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Plaintiff shall file his opening brief no later than **November 2, 2017**. All of |
| 3 | other dates in this Court's scheduling order are modified accordingly. |
| 4 | |
| 5 | IT IS SO ORDERED. |
| 6 | Dated: **October 12, 2017**             **/s/ Gary S. Austin** |
| | UNITED STATES MAGISTRATE JUDGE |