# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY DEAN JACKSON ) | Case No.: 1:17-cv-00165-GSA |
| Plaintiff, ) | |
| v. ) | ORDER EXTENDING BRIEFING SCHEDULE |
| NANCY A. BERRYHILL, Acting ) Commissioner of Social Security. ) | |
| Defendant. ) | |

Based upon the stipulation of the parties (Doc. 15), and for cause shown, Plaintiff shall have an extension of time until **December 7, 2017**, in which to file Plaintiff's Opening Brief. All other deadlines set forth in the February 7, 2017 Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **November 8, 2017**          **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE

-1-