McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| RODNEY DEAN JACKSON, | Case No. 1:17-cv-00165-GSA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended until February 8, 2018. This is Defendant's first request for an extension of time to respond. Defense counsel requires additional time to fully review the completed administrative record and consider the government's position

and due to conflicting due dates.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

                          Respectfully submitted,

Date:  January 8, 2018        By:   */s/ Denise Burgeois Haley\**
                                        DENISE BURGEOIS HALEY
                                        Attorney for Plaintiff
                                        (\*By e-mail authorization on 01/08/18)

Dated: January 8, 2018             McGREGOR W. SCOTT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                 By:   */s/ Donna W. Anderson*
                                        DONNA W. ANDERSON
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

## ORDER

Defendant shall file any response/opposition no later than **February 8, 2018**. An optional Reply shall be filed within **fifteen (15)** days of the opposition.

IT IS SO ORDERED.

   Dated:  **January 15, 2018**                     **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE